UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERAGUN, INC., <br><br> Plaintiff, <br><br> - against - <br><br> TZUMI ELECTRONICS LLC, TZUMI INC., and DOES 1-10, <br><br> Defendants. | **ORDER** <br><br> 21 Civ. 7803 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that this case is stayed until **February 7, 2022**. The parties will submit a joint letter by **February 7, 2022** indicating the status of settlement negotiations.

Dated: New York, New York
January 6, 2022

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge