UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERAGUN, INC.,

                Plaintiff,

- against -

TZUMI ELECTRONICS LLC, TZUMI INC., and DOES 1-10,

                Defendants.

**ORDER**

21 Civ. 7803 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter scheduled for April 7, 2022 at 9:15 a.m. is adjourned sine die.

Dated: New York, New York
       April 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge