# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TZUMI ELECTRONICS LLC, a New York company, TZUMI INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: 1:21-cv-7803 (PGG)(RWL) |

## DECLARATION OF GREGORY S. CORDREY PURSUANT TO LOCAL RULE 1.4

I, Gregory S. Cordrey, declare under the penalty of perjury, that the following is true and accurate:

1. I am licensed to practice law in the State of California and admitted to practice in the United States District Court for the Southern District of New York *pro hac vice*. I am an attorney with the law firm of Jeffer Mangels Butler & Mitchell LLP, which is currently counsel of record for Plaintiff Therabody, Inc.

2. I submit this Declaration in support of the Stipulation and Order Substituting Attorneys to substitute Diane Ragosa of Parker Ibrahim & Berg LLP, as attorneys of record for Plaintiff Therabody, Inc. in this action in place and instead of its current counsel.

3. Therabody, Inc. has consented to the substitution of attorneys.

4. Jeffer Mangels Butler & Mitchell LLP and Parker Ibrahim & Berg LLP have both executed the Stipulation and Order Substituting Attorneys accompanying this Declaration.

5. Pursuant to Local Rule 1.4, Jeffer Mangels Butler & Mitchell LLP has not asserted a charging lien.

Dated: July 6, 2022                                   GREGORY S. CORDREY