UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TZUMI ELECTRONICS LLC, a New York company, TZUMI INC., a New York corporation, and DOES 1 through 10, inclusive, | Civil Action No.: 21-7803<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Oral Argument Requested** |

**COUNSEL:**

PLEASE TAKE NOTICE that on a time and date to be set by the Court, Defendant Tzumi Electronics LLC ("Tzumi") shall move before the Honorable Paul G. Gardephe at the Thurgood Marshall United States Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007, for an Order pursuant to Fed. R. Civ. P. 56, granting Tzumi partial summary judgment of non-infringement of United States Patent Nos. 10,702,448, 10,918,565, 10,857,064, and 11,160,722.

PLEASE TAKE FURTHER NOTICE that Tzumi will rely upon the accompanying Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1, Appendix to 56.1 Statement with the Declaration of Scott D. Stimpson and exhibits annexed thereto, and Memorandum of Law.

DATED:  New York, New York           Respectfully submitted,
    June 7, 2022

              SILLS CUMMIS & GROSS P.C.
              101 Park Avenue, 28th Floor
              New York, New York 10178
              Tel. (212) 643-4000
              Fax (212) 643-6500

              By: /s/ *Scott D. Stimpson*
              SCOTT D. STIMPSON
              KATHERINE M. LIEB
              STEVEN Z. LUKSENBERG

              *Attorneys for Defendant*
              *Tzumi Electronics LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 7th day of June, 2022, a copy of the foregoing was served by electronic mail as follows:

Philippe Alain Zimmerman
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174-1299
(212)554-7400 x7895
Fax: (212)554-7700
Email: pzimmerman@mosessinger.com

Gregory Cordrey
Jeffer Mangels Butler and Mitchell LLP
1900 Ave. of The Stars, 7th Flr.
Los Angeles, CA 90067
310-203-8080
Email: gxc@jmbm.com

Rod S Berman
Jeffer Mangels Butler and Mitchell LLP
1900 Ave. of The Stars, 7th Flr.
Los Angeles, CA 90067
310-203-8080
Email: RXB@JMBM.com

Stanley M Gibson
Jeffer Mangels Butler and Mitchell LLP
1900 Ave. of The Stars, 7th Flr.
Los Angeles, CA 90067
310-203-8080
Email: smg@jmbm.com

Diane Christine Ragosa
Parker Ibrahim & Berg LLC
270 Davidson Avenue 5th Floor
Somerest, NJ 08873
(908)-725-9700
Fax: (908)-333-6230
Email: diane.ragosa@piblaw.com

Peter Andrew Swift
Parker Ibrahim & Berg LLP
270 Davidson Avenue, 5th Floor
Somerset, NJ 08873
908-725-9700
Email: peter.swift@piblaw.com

Zaid Shukri
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174-1299
(212)-554-7885
Email: zshukri@mosessinger.com

  */s/ Scott D. Stimpson*  
  Scott D. Stimpson