# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax: (212) 643-6500**

**Scott D. Stimpson**
**Member**
**Direct Dial: 212-500-1550**
**Email: sstimpson@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

August 23, 2022

**Via ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *Therabody, Inc. v. Tzumi Electronics LLC, et al.*
Civil Action No. 1:21-cv-07803-PGG-RWL

Dear Judge Gardephe:

This firm represents defendant Tzumi Electronics LLC ("Tzumi") in the above referenced patent litigation. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Tzumi writes to respectfully request oral argument on Tzumi's Motion for Partial Summary Judgment of Non-Infringement, which is now fully briefed and filed as of today. Tzumi believes that oral argument would be beneficial in light of the scope of the issues involved in interpreting the asserted patents and the importance of the motion, which addresses the vast majority of the sales of the accused products at issue in this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Scott D. Stimpson*
Scott D. Stimpson

cc: All counsel of record