UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERABODY, INC.,

                              Plaintiff,

          -v-

TZUMI ELECTRONICS LLC; TZUMI INC.;
and DOES 1-10,

                              Defendants.

**AMENDED ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE**

21 Civ. 7803 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

          The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐    Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐    Habeas Corpus

☐    Social Security

☐    Settlement*

☐    Inquest After Default/ Damages Hearing

**X**    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motions: **Dkt. Nos. 67, 84**

All such motions: _____

*Do not check if already referred for general pretrial.

Dated:  New York, New York
          October 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge