# PARKER IBRAHIM & BERG LLP

Writer's Direct Contact:
908.333.3553 (Tel.)
212.596.7036 (Fax)
diane.ragosa@piblaw.com

October 28, 2022

**VIA ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Therabody, Inc. v. Tzumi Electronics LLC, et al.*
> **Civil Action No. 1:21-cv-07803-PGG**

Dear Judge Lehrburger:

This firm represents Plaintiff Therabody, Inc. ("Therabody") in the above referenced patent litigation. Pursuant to the Civil Case Management Plan and Scheduling Order, So-Ordered on May 5, 2022 (the "Scheduling Order") (Dkt. # 51), Therabody and Defendant Tzumi Electronics LLC ("Tzumi") (together, the "Parties") hereby submit a joint status letter.

The following activities have taken place since the Parties' August 29, 2022 joint status letter:

- On September 20, 2022, the Parties filed briefs for Tzumi's Partial Motion to Dismiss Certain Willful Infringement Claims from the Second Amended Complaint. Dkt. Nos. 84-87.
- On October 17, 2022, the Court set oral argument on Tzumi's Motion for Partial Summary Judgment of Non-infringement (Dkt. Nos. 67-74) for November 16, 2022 at 2:30 pm.
- On October 20, 2022, the Parties exchanged an identification of claim terms for construction.
- On October 27, 2022, the Parties exchanged proposed constructions and an identification of the relevant portions of the infringement and invalidity contentions.

**Discovery Status:** The Parties previously exchanged and responded to written discovery demands, and have served initial document productions.

New York Office: 5 Penn Plaza, Suite 2371 – New York, New York 10001 – 212.596.7037
New Jersey Office: 270 Davidson Avenue – Somerset, New Jersey 08873 – 908.725.9700

BOSTON – NEW JERSEY – NEW YORK – ORANGE COUNTY – PHILADELPHIA

The Honorable Robert W. Lehrburger
October 28, 2022
Page 2

       We thank the Court for its assistance in this matter.

                                          Respectfully submitted,

                                          */s/ Diane C. Ragosa*

                                          Diane C. Ragosa

cc:    Scott D. Stimpson (via ECF)
        Katherine M. Lieb (via ECF)
        Steven Z. Luksenberg (via ECF)