# PARKER IBRAHIM & BERG LLP

Writer's Direct Contact:
908.333.3553 (Tel.)
212.596.7037 (Fax)
diane.ragosa@piblaw.com

www.piblaw.com

December 7, 2022

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022

      Re:    *Therabody, Inc. v. Tzumi Electronics LLC, et al.*
             Civil Action No. 1:21-cv-07803-PGG-RWL

Dear Judge Lehrburger:

      This firm represents Plaintiff Therabody, Inc. ("Therabody") in the above referenced patent litigation. Pursuant to Your Honor's Individual Rules of Practice, we write to respectfully request an extension of time to submit Therabody's Opening Claim Construction Brief, and corresponding adjustments to the time to submit responsive and reply briefs. Counsel for Therabody has met and conferred with counsel for Defendants Tzumi Electronics LLC and Tzumi Inc. (collectively, "Tzumi"), who confirmed that Tzumi does not oppose this request.

      Subject to the Court's approval, Therabody requests that the Court extend the deadline for filing the Opening Claim Construction Brief by one (1) week, making the deadline December 23, 2022. As a result of that accommodation to the schedule, subject to the Court's approval, Therabody respectfully requests that the Court extend the deadline one (1) week for filing the Responsive Claim Construction Brief, making the new deadline February 10, 2023, and for filing the Reply Claim Construction Brief, making the new deadline March 10, 2023. The table below reflects the revised deadlines:

|  | **Original Deadline (D.I. 51)** | **Revised Deadline** |
|---|---|---|
| Opening Claim Construction Brief | December 16, 2022 | December 23, 2022 |
| Responsive Claim Construction Brief | February 3, 2023 | February 10, 2023 |
| Reply Claim Construction Brief | March 3, 2023 | March 10, 2023 |

      This is Therabody's first request for an extension of this deadline. The brief extension is requested in good faith, not for the purposes of delay, and will potentially simplify the issues to be presented to the Court. Rather, it will allow Therabody to consider revised constructions recently provided by Tzumi, and for Therabody and Tzumi to continue to discuss potential compromise claim constructions. The extension will not affect the other dates in the case schedule.

New York Office: 5 Penn Plaza, Suite 2371 – New York, New York 10001 – 212.596.7037
New Jersey Office: 270 Davidson Avenue – Somerset, New Jersey 08873 – 908.725.9700

BOSTON – NEW JERSEY – NEW YORK – ORANGE COUNTY – PHILADELPHIA

We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          */s/ Diane C. Ragosa*

cc: Counsel for all Parties (via ECF)       Diane C. Ragosa

Extension granted.

SO ORDERED:

12/7/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE