USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THERABODY, INC.,

               Plaintiff,

     - against -

TZUMI ELECTRONICS LLC, et al.,

               Defendants.
------------------------------------------------------------X

21-CV-7803 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Based on the parties' correspondence at Dkt. 120 and 123, it appears that the parties are not approaching discovery with the appropriate spirit or effort to cooperate. The parties also appear to disagree on exactly what has or has not been produced. Accordingly, Tzumi's motion to compel and for sanctions (Dkt. 120) is denied without prejudice. The parties shall continue to meet and confer. If they reach a legitimate impasse by February 15, 2023, either party may seek relief accordingly and shall provide the appropriate certification in any such application

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.