USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THERABODY, INC.,

               Plaintiff,

    - against -

TZUMI ELECTRONICS LLC, et al.,

               Defendants.
-------------------------------------------------------------X

21-CV-7803 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties previously have reported to the Court that they were exploring potential resolution of this matter. On September 29, 2023, Judge Gardephe issued his Memorandum Opinion and Order adopting my Report and Recommendations denying Defendants' motion for summary judgment and motion to dismiss. The parties' claim construction briefing currently is pending before the Court. Accordingly, by October 31, 2023, the parties shall jointly file a status report concerning potential resolution so that the Court may consider how best to devote its resources.

                             SO ORDERED.

                             _____
                             ROBERT W. LEHRBURGER
                             UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2023
       New York, New York

Copies transmitted this date to all counsel of record.